IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANE DOE, et al.,

        *Plaintiffs*,

v.

APPLE INC.,

        *Defendant*.

No. 3:22-cv-2575

**PLAINTIFFS' MOTION
FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs move for leave to file Exhibit A to Plaintiffs' Motion to Remand and for Sanctions under seal. Defendant has designated material contained therein confidential pursuant to the protective order in the companion case in this Court. *See Doe v. Apple*, No. 3:20-cv-00421-NJR, Doc. 68 ¶12(b).

Plaintiffs do not agree with Defendant's designation, however, Plaintiffs seek leave to file Exhibit A under seal so that Defendant may identify the basis for its position that the document contains material that cannot appear in the public record. *See Goesel v. Boley Int'l (H.K.) Ltd.*, 738 F.3d 831, 833 (7th Cir. 2013) (Documents that affect the disposition of federal litigation are presumptively open to public view). Accordingly, Plaintiffs are contemporaneously filing (1) this motion for leave to file under seal; and (2) Exhibit A under seal.

| | |
|---|---|
| December 5, 2022 | Respectfully submitted, |

/s/ Andrew D. Schlichter
Jerome J. Schlichter
Troy A. Doles
Andrew D. Schlichter
Alexander L. Braitberg
Nathan H. Emmons
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
tdoles@uselaws.com
aschlichter@uselaws.com
abraitberg@uselaws.com
nemmons@uselaws.com

and

Christian G. Montroy
MONTROY LAW OFFICES, LLC
2416 North Center
P.O. Box 369
Maryville, IL 62062
Telephone: (618) 223-8200
Fax: (618) 223-8355
cmontroy@montroylaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2022 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                          /s/ Andrew D. Schlichter