IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, *et al.*, | ) |
| | ) |
|       **Plaintiffs,** | ) |
| | ) |
| vs. | )    Case No. 22-cv-2575-DWD |
| | ) |
| APPLE INC., | ) |
| | ) |
|       **Defendant.** | ) |

### ORDER TRANSFERRING RELATED CASE

**DUGAN, District Judge:**

On November 4, 2022, the above-captioned action was removed to this District (Doc. 1). On December 5, 2022, the case was reassigned to the undersigned (Doc. 23). Upon review of the docket, this case appears to arise out of the same facts and is closely related to *Jane Doe et al v. Apple, Inc.*, assigned to Chief Judge Nancy J. Rosenstengel. *See* 20-CV-421-NJR. The law of this Circuit provides that related cases filed within the same District Court should be handled by a single District Judge. *See, e.g., Smith v. Check-N-Go of Illinois*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services*, 181 F.3d 832, 839 (7th Cir. 1999). Accordingly, the undersigned TRANSFERS the above-captioned case to Chief Judge Rosenstengel. All further pleadings filed herein shall be styled with the suffix -NJR.

**SO ORDERED.**

Dated: December 6, 2022

                                                           DAVID W. DUGAN
                                                           United States District Judge